# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMIE JENKINS, | ) Case No. EDCV 14-1796-JPR |
| ) | |
| Plaintiff, | ) **JUDGMENT** |
| ) | |
| vs. | ) |
| ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| ) | |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED that (1) Plaintiff's request for an order reversing the Commissioner is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing this action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: July 10, 2015

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge